

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-20-00139-CR

Tyler **COLLINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4661
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
           Irene Rios, Justice
           Liza A. Rodriguez, Justice

Appellant's motion for rehearing is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court